# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 15-cv-5351

BRIAN NORBERG, individually and on behalf of all others similarly situated, Plaintiff
v.
SHUTTERFLY, INC.; and THISLIFE, LLC, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Shutterfly, Inc.

| NAME (Type or print) |  |
| --- | --- |
| Robert F. Huff |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Robert F. Huff |  |
| FIRM |  |
| ZwillGen PLLC |  |
| STREET ADDRESS |  |
| 300 N. LaSalle St., 49th Floor |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60654 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6225211 | 312 685 2278 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |  |