# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT ILLINOIS

| | |
|---|---|
| BRIAN NORBERG, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>SHUTTERFLY, INC.; and THISLIFE.COM, INC.,<br><br>    Defendants. | No. 1:15-cv-05351<br><br>The Honorable Charles R. Norgle, Sr.<br><br>Magistrate Judge Daniel G. Martin |

## AGREED MOTION FOR BRIEFING SCHEDULE ON DEFENDANT SHUTTERFLY, INC. AND THISLIFE.COM, INC.'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT

Defendants Shutterfly, Inc. and ThisLife.com, LLC ("Defendants"), hereby move this Honorable Court for an additional sixteen days to file their response to the First Amended Class Action Complaint ("Complaint") in this matter, and for the entry of a briefing schedule on its anticipated motion under Federal Rule of Civil Procedure 12(b), and in support states as follows:

1. Plaintiff Brian Norberg ("Plaintiff") filed the First Amended Class Action Complaint on June 23, 2015.

2. Defendants were served with the Amended Complaint and Summons on June 24, 2015.

3. Pursuant to the Federal Rules of Civil Procedure, Defendants' response is currently due on July 15, 2015.

4. Defendants have only this week retained undersigned counsel in this case.

5. Defendants believe they have a good faith basis to move to dismiss the Complaint under Federal Rule of Civil Procedure 12(b) and have so informed Plaintiff's counsel.

6.     In order for Defendants to more fully evaluate the issues presented in the Complaint, Defendants seek an extension of sixteen days, or up to and including July 31, 2015, to respond to the Complaint.

7.     Plaintiff has agreed to this extension.

8.     The Parties have further agreed, pending Court approval, to the following briefing schedule: Plaintiff shall file any opposition to Defendants' motion to dismiss on or before August 28, 2015; and Defendants shall file any reply supporting their motion to dismiss on or before September 16, 2015.

9.     This extension is not sought for the purpose of delay or harassment, but rather is sought in order to provide Defendants and their counsel adequate time to research, discuss and prepare a proper responsive pleading. Plaintiff will not be prejudiced by the extension.

WHEREFORE, Defendants respectfully requests that this Court:

Grant Defendants an extension of time up to and including July 31, 2015 to file their response to the Complaint;

Allow Plaintiff up to and including August 28, 2015 to file any opposition to Defendants' anticipated motion to dismiss the Complaint; and

Allow Defendants up to and including September 16, 2015 to file any reply supporting their anticipated motion to dismiss the Complaint.

Dated: July 2, 2015                                       Respectfully submitted,

                                                            By: /s/ Robert F. Huff
                                                                Robert F. Huff (ID No. 6225211)
                                                                ZWILLGEN PLLC
                                                                300 N LaSalle St, 49th Floor
                                                                Chicago, IL 60654
                                                               bart@zwillgen.com
                                                                Telephone: (312) 685-2278

/s/ Marc J. Zwillinger
Marc J. Zwillinger (ID No. 6226447)
Z<small>WILL</small>G<small>EN</small> PLLC
1900 M Street, NW, Suite 250
Washington, DC 20036
marc@zwillgen.com
Telephone: (202) 296-3585
Facsimile: (202) 706-5298

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2015, I authorized the electronic filing of the foregoing document, AGREED MOTION FOR BRIEFING SCHEDULE ON DEFENDANT SHUTTERFLY, INC. AND THISLIFE.COM, INC.'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT, with the Clerk of the Court using the CM/ECF system to be served on the parties by electronic transmission. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 2nd, 2015.

**ZWILLGEN PLLC**

By: /s/ Robert F. Huff
Robert F. Huff (ID No. 6225211)
ZwillGen PLLC
300 N LaSalle St, 49th Floor
Chicago, IL 60654
bart@zwillgen.com
Telephone: (312) 685-2278