# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN NORBERG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHUTTERFLY, INC.; and THISLIFE.COM, INC.,<br><br>Defendants. | Civil Action No. 1:15-cv-05351 |

## DECLARATION OF DAVID P. MILIAN IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT CAREY RODRIGUEZ O'KEEFE MILIAN GONYA, LLP AND LITE DEPALMA GREENBERG, LLC AS INTERIM CO-LEAD CLASS COUNSEL

I, David P. Milian, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am a member of the Florida Bar, the Southern District of Florida, the Middle District of Florida, and the Court of Appeals for the Eleventh Circuit.

2. I am a partner of Carey Rodriguez O'Keefe Milian Gonya, LLP ("Carey Rodriguez"), and make this declaration in support of Plaintiff Brian Norberg's motion for Carey Rodriguez and Lite DePalma Greenberg, LLC to be appointed as interim class counsel in the above-styled class action lawsuit.

3. I received my Bachelor of Arts from the University of Florida in 1986. I received my Juris Doctor, with honors, from the University of Florida College of Law in 1989.

4. Prior to joining Carey Rodriguez, I spent 15 years with the commercial litigation/class action firm Kozyak Tropin & Throckmorton, P.A. where I was a shareholder and represented clients in a variety of litigation matters, including class action litigation.

5.  My practice has included the representation of plaintiffs in class actions in state and federal courts. Examples include *Urbaneja et. al v Lehman Brothers, Inc., Merrill Lynch, Pierce Fenner & Smith, Inc., HSBC Bank, USA et. al.*, Case No. 05-21169-CIV-Moore (S.D. Fla.) (representing a class of approximately 4,000 Latin American investors who suffered losses of $130,000,000 in a pension/annuity scheme); *Bruhl et. al v. Bank of America, PriceWatherhouseCoopers, N.A.* Case No. 03-23044-CIV-Marra (S.D. Fla.) (representing a class of investors in a failed offshore and domestic hedge fund who suffered losses of $600,000,000); *Walco Investments, Inc., v. Premium Sales, Inc., et. al.* Case No. 93-2534-CIV-Moreno (S.D. Fla.) (representing the receiver and ancillary class of approximately 1,500 investors in a Ponzi scheme who suffered losses in excess of $250,000,000); *Scharlow et.al. v. Pensco Pension Services, Inc.*, Case No. 01-8364-Civ-Hurley, (S.D. Fla.) (representing the Trustee in bankruptcy and a related class of over 1,000 purchasers in a viatical life insurance Ponzi scheme); *Charles v. Janssen Pharmaceutical Products*, Case No. 04-22287-Civ-Altonaga (S.D. Fla.) (representing class of patients for medical monitoring who took the anti-depressant drug Risperdal and developed diabetes); *Taran v. Blue Cross Blue Shield of Fla., Inc.*, 685 So.2d 1004, 1006 (Fla. 3d DCA 1997) (representing class of Florida consumers against Florida insurance companies for charging excessive premiums). Most recently, I was appointed interim co-lead class counsel in a class action for violation of the Telephone Consumer Protection Action. *See Chimeno-Buzzi, et al. v. Hollister Co., et al.*, Case No. 14-cv-23120-MGC (S.D. Fla.).

6.  Since 1990, I have been a Member of the Cuban American Bar Association.

7.  From 1997 to 2002, I served on the Board of Directors of the Miami-Dade County Bar Association.

8.  From 2000 to 2003, I served on Florida's Eleventh Judicial Circuit Grievance Committee.

9.  From 1998 to 2006, I served on the Florida Bar Board of Governors, YLD.

2

10. From 2006-2012, I served on the Florida Bar Civil Procedure Rules Committee, where I serve as the Chair of several sub-committees.

11. I served on the Florida Bar Special Committee on Multi-jurisdictional and Unlicensed Practice of Law (2002).

12. Each year since 2008, I have been selected for inclusion in (1) Best Lawyers in America for Commercial Litigation; (2) Florida Super Lawyer for Business Litigation, and; (3) for nearly 20 years have consistently maintained the highest ranking ("AV") by *Martindale Hubbell* for legal ability and ethical standards. In addition, I was selected as a finalist for Most Effective Lawyer of South Florida in 2010 for employment litigation.

13. Prior to filing this action on behalf of Mr. Norberg and the putative class, Carey Rodriguez conducted a significant investigation into the claims alleged by Plaintiff on behalf of himself and the class by communicating with Mr. Norberg on several occasions, reviewing Defendants' facial recognition system, privacy policies and terms and conditions pages, and analyzing several of Defendants' patents implicated in this lawsuit. My colleagues and I have also conducted extensive legal research and analysis into every aspect of this case.

14. My law firm will commit all resources necessary – financial, professional and otherwise – in overseeing the administration of the instant class action litigation and protecting the best interests of the putative class.

15. Supporting the attorneys at Carey Rodriguez are several trained paralegals, investigators and litigation support specialists with access to the most cutting-edge information technology resources, such as advanced document review platforms and specialized software for analyzing voluminous database systems.

16. To date, I have devoted over 15 hours of time in this case working on behalf of Mr. Norberg and the putative class.

17. Carey Rodriguez has experience before the Second, Seventh, and Eleventh Circuit Courts of Appeals and is fully committed to representing the class in any and all appellate proceedings.

18. I have no interest adverse to the putative class.

Executed on this 30th day of June, 2015 at Miami, Florida.

_____
David P. Milian