UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN NORBERG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHUTTERFLY, INC.; and THISLIFE.COM, INC.,<br><br>Defendants. | Civil Action No. 1:15-cv-05351 |

## DECLARATION OF FRANK S. HEDIN IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT CAREY RODRIGUEZ O'KEEFE MILIAN GONYA, LLP AND LITE DEPALMA GREENBERG, LLC AS INTERIM CO-LEAD CLASS COUNSEL

I, Frank S. Hedin, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am a member in good standing of the Florida and California Bars and the United States District Courts of the Southern District of Florida and Northern District of California.

2. I am an associate attorney with Carey Rodriguez O'Keefe Milian Gonya, LLP ("Carey Rodriguez"), and make this declaration in support of Plaintiff Brian Norberg's motion for Carey Rodriguez and Lite DePalma Greenberg, LLC to be appointed as interim class counsel in the above-styled class action lawsuit.

3. I received my Bachelor of Arts from the University of Michigan in 2008. I received my Juris Doctor, *magna cum laude*, from Syracuse University College of Law in 2012.

4. I joined Carey Rodriguez in March 2014, shortly after completing a one-year clerkship with the Honorable William Q. Hayes, United States District Judge for the Southern District of California.

5. During my clerkship with Judge Hayes, I conducted extensive research and analysis on numerous consumer class action matters. My work in those cases consisted of, *inter alia*, drafting orders on motions filed at all stages of litigation, including motions for class certification, motions for class de-certification, motions for summary judgment, and motions for preliminary and final approval of class-wide settlement.

6. To date, I have devoted over 70 hours of time in this case working on behalf of Mr. Norberg and the putative class.

7. I have no interest adverse to the putative class.

Executed on this 30th day of June, 2015 at Miami, Florida.

_____
Frank S. Hedin