# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN NORBERG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHUTTERFLY, INC.; and THISLIFE.COM, INC.,<br><br>Defendants. | Civil Action No. 1:15-cv-05351 |

## DECLARATION OF ADAM C. UNDERWOOD IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT CAREY RODRIGUEZ O'KEEFE MILIAN GONYA, LLP AND LITE DEPALMA GREENBERG, LLC AS INTERIM CO-LEAD CLASS COUNSEL

I, Adam C. Underwood, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am a member of the Florida Bar, the District of Colombia, the Southern District of Florida and the United States Patent and Trademark Office.

2. I am an attorney at Carey Rodriguez O'Keefe Milian Gonya, LLP ("Carey Rodriguez"), and make this declaration in support of Plaintiff Brian Norberg's motion for Carey Rodriguez and Lite DePalma Greenberg, LLC to be appointed as interim class counsel in the above-styled class action lawsuit.

3. I received my Bachelor of Science in Electrical Engineering from Florida International University in 1988. I received my Juris Doctor from the University of Florida College of Law in 1998.

4. Prior to joining Carey Rodriguez, I was an electrical and systems engineer with several divisions of Harris Corporation, a leading manufacturer of control and communication

systems and telecommunications, including High Definition Television (HDTV) and Internet Protocol Television (IPTV).

5. At Harris Corporation, I prosecuted several patent applications for Harris Semiconductor in the biometric technology area before the spin-off of AuthenTec, Inc., which were related to capturing biometric data, e.g., scanning a sample fingerprint or an fingerprint image, converting it into electrical signals and storing the image and/or unique characteristics of the fingerprint image in a data base.

6. I was also a member of the Harris Space Systems Corporation's Integration and Activation Team for the Check-out, Control and Monitoring System II at Kennedy Space Center, and gained significant knowledge of relational database management systems while a member of the Harris Air Traffic Control System Division's Integration and Activation Team.

7. To date, I have devoted over 3 hours of time in this case working on behalf of Mr. Norberg and the putative class.

8. I have no interest adverse to the putative class.

Executed on this 30th day of June, 2015 at Miami, Florida.

*[signature]*
Adam C. Underwood