**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BRIAN NORBERG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHUTTERFLY, INC.; and THISLIFE.COM, INC.,<br><br>Defendants. | Civil Action No. 1:15-cv-05351 |

**DECLARATION OF ERNESTO M. RUBI IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT CAREY RODRIGUEZ O'KEEFE MILIAN GONYA, LLP AND LITE DEPALMA GREENBERG, LLC AS INTERIM CO-LEAD CLASS COUNSEL**

I, Ernesto M. Rubi, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am a member in good standing of the Florida Bar, the Southern District of Florida, the United States Court of Appeals for the Eleventh Circuit, and the United States Patent and Trademark Office.

2. I am an associate attorney with Carey Rodriguez O'Keefe Milian Gonya, LLP ("Carey Rodriguez"), and make this declaration in support of Plaintiff Brian Norberg's motion for Carey Rodriguez and Lite DePalma Greenberg, LLC to be appointed as interim class counsel in the above-styled class action lawsuit.

3. In 2007, I received a Bachelor of Science in computer engineering with a minor in computer science from Florida International University ("FIU"), one of Florida's primary state-funded research universities. I received my Juris Doctor, *cum laude*, from FIU in 2011.

4. From early 2000 until early 2003 I was employed as a network engineer for FIU's University Technology Services. Thereafter, from 2003 until 2011 when I transitioned to the legal

profession, I was employed as a Senior Network Engineer at FIU's Center for Internet Augment Research and Advancement ("CIARA"). During my tenure at CIARA I was awarded two National Science Foundation ("NSF") research grants, both in the field of advanced network monitoring techniques (Awards No. SCI-331112 and SCI-0231844). I was also awarded Cisco Systems' University Research Project, a highly competitive national research award. In each instance, the research conducted from the awards resulted in published articles.

5. As a result of my engineering studies and my professional experience as a network engineer I have significant expertise in mathematical modeling, complex authentication systems as well as voluminous data analysis, particularly related to complex computer systems. My expertise additionally extends to development of customized software tools specifically designed for large data set analysis.

6. To date, I have devoted over 10 hours of time in this case working on behalf of Mr. Norberg and the putative class.

7. I have no interest adverse to the putative class.

Executed on this 30th day of June, 2015 at Miami, Florida.

_____
Ernesto M. Rubi

2