# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN NORBERG, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SHUTTERFLY, INC.; and THISLIFE.COM, INC.,<br><br>    Defendants. | Civil Action No. 1:15-cv-05351 |

## DECLARATION OF KATRINA CARROLL IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT CAREY RODRIGUEZ O'KEEFE MILIAN GONYA, LLP AND LITE DEPALMA GREENBERG, LLC AS INTERIM CO-LEAD CLASS COUNSEL

I, Katrina Carroll, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am a member in good standing of the Illinois and New Jersey Bars and the United States District Courts of the Northern District of Illinois and District of New Jersey.

2. I am a Member of Lite DePalma Greenberg, LLC ("Lite DePalma"), and make this declaration in support of Plaintiff Brian Norberg's motion for Carey Rodriguez O'Keefe Milian Gonya, LLP and Lite DePalma to be appointed as interim class counsel in the above-styled class action lawsuit.

3. I received my Bachelor of Arts with honors from Northwestern University and my Juris Doctor from Seton Hall University School of Law.

4. I have litigated class actions since 2001 and am experienced, committed and dedicated to the prosecution of complex class action cases. During my time at Lite DePalma, I have recovered more than $1 billion for aggrieved consumers, investors and businesses. I currently serve as court-appointed co-lead counsel on behalf of consumers in *McCain et al. v. Rust-Oleum* (N.D. Ill.), a

products liability class action involving defective deck resurfacing products; as co-lead counsel in *Lewert v. P.F. Chang's China Bistro, Inc.* (N.D. Ill.), representing customers whose personal financial information was stolen in a security breach involving P.F. Chang's payment card processing system; as co-lead counsel in *Mednick v. Precor Inc.* (N.D. Ill), which involves defects in the heart-rate monitoring capabilities of Precor fitness machines; and as plaintiffs' counsel in *Automotive Wire Harness Systems Antitrust Litigation* (D. Mich.), a multi-district antitrust class action involving allegations of illegal price fixing in the market for auto parts.

5. My firm, Lite DePalma, is a nationally recognized plaintiffs' class action law firm with three offices in Chicago, Illinois; Newark, New Jersey, and; Philadelphia, Pennsylvania. We have earned national recognition and praise from courts and have successfully brought and participated in scores of class actions all over the country. Some of our particularly notable accomplishments and opinions are the following: *Gross v. German Foundation Industrial Initiative*, 456 F.3d 363 (3d Cir. 2006) (suit seeking monies for victims of Nazi-era wrongs is justiciable, despite political question, act of state, and international comity doctrines); *In re Atlas Mining Co. Sec. Litig.*, 2008 WL 821756 (D. Idaho, March 25, 2008) (appointing Lite DePalma Greenberg Lead Counsel in nationwide securities fraud class action); *In re Motorola Securities Litigation*, 2007 WL 487738 (N.D. Ill. March 29, 2007) (denying in substantial part defendants' motions for summary judgment in certified nationwide securities fraud class action; case settled on eve of trial for $190 million); *Zeno v. Ford Motor Co., Inc.*, 480 F. Supp. 2d 825 (W.D. Pa. 2007) (denying defendant's motion for summary judgment in certified class action for breach of contract; case later settled for full benefit of the bargain recovery); *Varacallo v. Massachusetts Mutual Life Ins. Co.*, 226 F.R.D. 207 (D.N.J. 2005) (approving nationwide class action settlement of insurance sales practices case worth over $768 million to class members, and noting that this was third largest insurance sales practices settlement ever); *Bosland v. Warnock Dodge Inc.*, 197 N.J. 543 (2009) (Consumer Fraud Act does not require victimized consumer to give pre-suit notice to seller).

6. My track record and that of my firm demonstrate our commitment to plaintiffs' class litigation, show that we have the financial resources to represent the class and will commit more than sufficient resources to litigate this action to its conclusion. It also demonstrates that my firm routinely and seamlessly works with co-counsel in large litigation matters. We and I will do so in this case.

7. I have no interest adverse to the putative class.

Executed on this 30th day of June, 2015 at Chicago, IL.

_____
Katrina Carroll