## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN NORBERG, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SHUTTERFLY, INC.; and THISLIFE.COM, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 1:15-cv-05351 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on **July 10, 2015** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle, Sr., or whomever may be designated to sit in his stead, in Room 2341 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Plaintiff's Motion to Appoint Carey Rodriguez O'Keefe Milian Gonya, LLP and Lite DePalma Greenberg, LLC as Interim Co-Lead Class Counsel,* a copy of which is attached and served upon you.

Dated: July 7, 2015　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/　Katrina Carroll
　　　　　　　　　　　　　　　　　　　　　Katrina Carroll
　　　　　　　　　　　　　　　　　　　　　kcarroll@litedepalma.com
　　　　　　　　　　　　　　　　　　　　　Kyle A. Shamberg
　　　　　　　　　　　　　　　　　　　　　kshamberg@litedepalma.com
　　　　　　　　　　　　　　　　　　　　　**Lite DePalma Greenberg, LLC**
　　　　　　　　　　　　　　　　　　　　　Chicago Office
　　　　　　　　　　　　　　　　　　　　　211 West Wacker Drive
　　　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 750-1265

**CAREY RODRIGUEZ**
**O'KEEFE MILIAN GONYA, LLP**

David P. Milian (*pro hac vice*)
dmilian@careyrodriguez.com
Frank S. Hedin (*pro hac vice*)
fhedin@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, FL 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 7th day of July, 2015, she caused a true and correct copy of the foregoing Notice of Motion and accompanying Motion to be filed electronically with the Clerk of the Court to be filed and served on all parties via the Court's CM/ECF system.

By: _/s/ Katrina Carroll_
  Katrina Carroll

401345.1