# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Brian Norberg

                          Plaintiff,

v.                                         Case No.: 1:15−cv−05351
                                         Honorable Charles R. Norgle Sr.

Shutterfly, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 9, 2015:

      MINUTE entry before the Honorable Charles R. Norgle: Motion to set a briefing schedule [15] is granted. Any opposition to Plaintiff's Motion to Appoint Carey Rodriquez, O'Keefe Milian Gonya, LLP and Lite DePalma Greenberg, LLC as Interim Co−Lead Counsel is due by 7/24/2015. Replies, if any, will be due by 7/31/2015. The parties are not required to appear before the court on Friday, July 10, 2015. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.