## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT ILLINOIS

| | |
|---|---|
| BRIAN NORBERG, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>     vs.<br><br>SHUTTERFLY, INC.; and THISLIFE.COM, INC.,<br><br>                Defendants. | No. 1:15-cv-05351<br><br>The Honorable Charles R. Norgle, Sr.<br><br>Magistrate Judge Daniel G. Martin |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Friday, September 18, 2015** at **9:30 a.m.**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Charles R. Norgle, Sr. or any judge sitting in his stead in **Courtroom 2341** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following Defendants' Motion to Dismiss and Memorandum in Support of Defendants' Motion to Dismiss attached hereto.**

Dated: July 31, 2015

                                            Respectfully submitted,

                                            By: /s/ Robert F. Huff
                                                  Robert F. Huff (ID No. 6225211)
                                                  ZWILLGEN PLLC
                                                  300 N LaSalle St, 49th Floor
                                                  Chicago, IL 60654
                                                  bart@zwillgen.com
                                                  Telephone: (312) 685-2278

/s/ Marc J. Zwillinger
Marc J. Zwillinger (ID No. 6226447)
ZWILLGEN PLLC
1900 M Street, NW, Suite 250
Washington, DC 20036
marc@zwillgen.com
Telephone: (202) 296-3585
Facsimile: (202) 706-5298

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 31, 2015, I authorized the electronic filing of the foregoing document, Notice of Motion, with the Clerk of the Court using the CM/ECF system to be served on the parties by electronic transmission. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 31st, 2015.

              **ZWILLGEN PLLC**

        By: /s/ Robert F. Huff
           Robert F. Huff (ID No. 6225211)
           ZwillGen PLLC
           300 N LaSalle St, 49th Floor
           Chicago, IL 60654
           bart@zwillgen.com
           Telephone: (312) 685-2278