**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Brian Norberg
                              Plaintiff,

v.                                                            Case No.: 1:15−cv−05351

Shutterfly, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 3,2015:

    MINUTE entry before the Honorable Charles R. Norgle: Plaintiff shall file any opposition to Defendants' motion to dismiss [26] on or before 8/28/2015; and Defendants shall file any reply supporting their motion to dismiss on or before September 16, 2015. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.