# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN NORBERG, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>SHUTTERFLY, INC.; and THISLIFE.COM, INC.,<br><br>        Defendants. | Civil Action No. 1:15-cv-05351<br><br>Hon. Charles R. Norgle<br><br>Magistrate Judge Daniel G. Martin |

## PLAINTIFF'S AGREED MOTION TO EXCEED PAGE LIMIT

Plaintiff Brian Norberg ("Plaintiff"), through undersigned counsel, respectfully requests that this Court enter an Order granting him leave to file Plaintiff's Response to Defendants' Motion to Dismiss in excess of 15 pages. Plaintiff's counsel has conferred with counsel for Defendants Shutterfly, Inc. and Thislife.com, Inc. (collectively the "Defendants") and defense counsel stated that it would not oppose the relief requested herein.[1] In further support of his motion, Plaintiff states the following:

    1.    On July 31, 2015, Defendants filed a Motion Dismiss Plaintiff's First Amended Complaint. *See* ECF Docs. 26 and 6, respectively.

    2.    On August 28, 2015, Plaintiff filed his Response to Defendants' Motion to Dismiss. ECF Doc. 29. Pursuant to Local Rule 7.1, briefs exceeding 15 pages require approval of the Court. Given the complex (and almost entirely novel) issues this case raises, Plaintiff's Response is 20 pages long.

---

[1] During this conferral, Plaintiff's counsel agreed not to oppose any request from Defendants for a similar extension on reply, if necessary.

WHEREFORE, Plaintiff requests that this Court enter an Order:

A. Granting him leave to exceed the 15-page limit set forth in Local Rule 7.1 of the Northern District of Illinois; and

B. Allowing Plaintiff's previously filed Response to stand.

Dated:  August 28, 2015

Respectfully submitted,

By: /s/  *Katrina Carroll*
Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
**Lite DePalma Greenberg, LLC**
Chicago Office
211 West Wacker Drive
Suite 500
Chicago, IL 60606
Telephone: (312) 750-1265

**CAREY RODRIGUEZ MILIAN GONYA, LLP**
David P. Milian (*pro hac vice*)
dmilian@careyrodriguez.com
Frank S. Hedin (*pro hac vice*)
fhedin@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, FL 33131
Telephone: (305) 372-7474
Facsimile:  (305) 372-7475

***Counsel for Plaintiff and the Putative Class***