## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN NORBERG, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>SHUTTERFLY, INC.; and THISLIFE.COM, INC.,<br><br>        Defendants. | Civil Action No. 1:15-cv-05351<br><br>Hon. Charles R. Norgle, Sr. |

### INITIAL STATUS REPORT

Pursuant to Federal Rule of Civil Procedure 26(f), the parties jointly submit this Initial Status Report.

**I.    Nature of the Case**

The Plaintiff, Brian Norberg, brings this class action on his own behalf and on behalf of the members of the class alleging violations of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1 *et seq.*, against Shutterfly, Inc. ("Shutterfly") and ThisLife.com, Inc. ("ThisLife").[1] Specifically, Plaintiff alleges that Defendants violated the BIPA by collecting, storing and using Plaintiff's and other similarly situated individuals' biometric identifiers without their informed written consent. The class, as defined in Plaintiff's First Amended Class Action Complaint, is comprised of "[a]ll non Shutterfly users who, while residing in the State of Illinois, had their biometric identifiers, including 'face templates' (or 'face prints'), collected, captured, received, or otherwise obtained by Shutterfly." As a result, Plaintiff and the class seek damages in the form of declaratory and injunctive relief, statutory damages, and attorneys' fees and expenses.

---

[1] Plaintiffs' initial complaint named "THISLIFE, LLC" as a defendant. Plaintiff subsequently filed a First Amended Class Action Complaint substituting "THISLIFE.COM, Inc." for the LLC entity.

As set forth in the Defendants' motion to dismiss, Defendants contend that the BIPA does not apply to any actions taken by them, that this Court does not have personal jurisdiction over them to adjudicate these matters and that they are otherwise not liable for damages or other relief in this matter.

This Court has original subject matter jurisdiction over the claims in this action pursuant to 28 U.S.C. § 1332(d), because (a) at least one member of the putative class is a citizen of a state different from Defendants, (b) the amount in controversy exceeds $5,000,000, exclusive of interest and costs, and (c) none of the exceptions under that subsection apply to this action.

The attorneys of record for each party are:

| Plaintiff | Defendants |
|---|---|
| Katrina Carroll<br>Kyle A. Shamberg<br>**Lite DePalma Greenberg, LLC**<br>211 West Wacker Drive<br>Suite 500<br>Chicago, IL 60606<br>(312) 750-1265 | Robert F. Huff<br>**ZwillGen PLLC**<br>300 N. LaSalle St., 49th Floor<br>Chicago, IL 60654<br>(312) 685-2278 |
| David Milian<br>Frank Hedin<br>**Carey Rodriguez**<br>**Milian Gonya, LLP**<br>1395 Brickell Avenue, Suite 700<br>Miami, Florida 33131<br>Telephone: (305) 372-7474<br>Facsimile:  (305) 372-7475 | Marc J. Zwillinger<br>**ZwillGen PLLC**<br>1900 M Street, NW, Suite 250<br>Washington, DC 20036<br>(202) 296-3585 |

## II. Pending Motions and Case Plan

On July 31, 2015, Defendants filed a motion to dismiss this matter pursuant to Federal Rule of Civil Procedure 12(b)(2) and (b)(6). ECF Doc. 26. Plaintiff has opposed the motion, which is now fully briefed.

Defendants believe that this Court should stay all discovery pending the outcome of the motion to dismiss. Plaintiff objects to this request and believes a stay is unwarranted. The parties propose a briefing schedule on the motion to stay as follows:

- Defendants to file motion to stay and accompanying brief by November 6.
- Plaintiff to file its response in opposition to the motion to stay by November 25.
- Defendants to file reply brief in support of motion to stay by December 11.

Plaintiff believes the Court should immediately enter an appropriate discovery schedule, as follows:

- Parties to amend pleadings and add any additional parties by December 11, 2015.
- Disclosures pursuant to Fed. R. Civ. P. (26)(a)(1) to be made by November 13, 2015.
- Fact discovery to be commenced on November 14, 2015 and to be completed by April 29, 2016.
- Plaintiff's Class Certification Motion to be filed by May 27, 2016.
- Date for Plaintiff to comply with FRCP 26(a)(2): May 27, 2016.
- Date for Defendant to comply with FRCP 26(a)(2): June 10, 2016.
- All expert discovery to be completed by July 8, 2016.
- All potentially dispositive motions should be filed by August 5, 2016.

- Final pretrial order: Plaintiff to prepare proposed draft by September 2, 2016; parties to file joint final pretrial order by September 16, 2016.

### III. Consent to Proceed Before a Magistrate Judge

The parties <u>do not</u> unanimously consent to proceed before a Magistrate Judge.

### IV. Status of Settlement Discussions

To date, the parties have not engaged in any discussions regarding settlement.

Dated: October 29, 2015
Chicago, Illinois

| | |
|---|---|
| */s/ Katrina Carroll* | */s/ Robert F. Huff* |
| Katrina Carroll | Robert F. Huff |
| Kyle A. Shamberg | **ZwillGen PLLC** |
| **Lite DePalma Greenberg, LLC** | 300 N. LaSalle St., 49th Floor |
| 211 West Wacker Drive | Chicago, IL 60654 |
| Suite 500 | (312) 685-2278 |
| Chicago, IL 60606 | |
| (312) 750-1265 | |
| | |
| David Milian | Marc J. Zwillinger |
| Frank Hedin | **ZwillGen PLLC** |
| **Carey Rodriguez** | 1900 M Street, NW, Suite 250 |
| **Milian Gonya, LLP** | Washington, DC 20036 |
| 1395 Brickell Avenue, Suite 700 | (202) 296-3585 |
| Miami, Florida 33131 | |
| Telephone: (305) 372-7474 | ***Attorneys for Defendants*** |
| Facsimile: (305) 372-7475 | |
| | |
| ***Attorneys for Plaintiff and the Putative Class*** | |

4