UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Brian Norberg

        Plaintiff,

v.               Case No.: 1:15−cv−05351
                Honorable Charles R. Norgle Sr.

Shutterfly, Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 17, 2015:

  MINUTE entry before the Honorable Charles R. Norgle:Motion to Stay Discovery Pending the Resolution of their Motion to Dismiss [37] is granted. Ruling on motion to dismiss will issue shortly. The parties are not required to appear before the court on Friday, December 18, 2015. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.