## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BRIAN NORBERG, on behalf of himself
and all others similarly situated,

       *Plaintiff*,

v.

SHUTTERFLY, INC. and
THISLIFE.COM, INC.,

       *Defendants*.

Civil Case No. 15 C 05351

District Judge Charles R. Norgle, Sr.

Magistrate Judge Daniel G. Martin

### <u>NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE** that on **Friday, February 5, 2016**, at **9:30 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable Charles R. Norgle, Sr., or any judge sitting in his stead, in Courtroom 2341 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present Defendants Shutterfly, Inc. and ThisLife.com, Inc.'s **MOTION TO MAINTAIN STAY OF DISCOVERY**, a copy of which is hereby served upon you.

Dated:  February 1, 2016

Respectfully submitted,

By:  */s/ Lauren R. Goldman*
Lauren R. Goldman
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2647
lrgoldman@mayerbrown.com

Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3328
aparasharami@mayerbrown.com

Matthew D. Provance
MAYER BROWN LLP

71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
mprovance@mayerbrown.com

*Counsel for Defendants Shutterfly, Inc. and ThisLife.com, Inc.*