# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN NORBERG, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>SHUTTERFLY, INC. and THISLIFE.COM, INC.,<br><br>        Defendants. | Civil Action No. 15-cv-05351<br><br>Hon. Charles R. Norgle, Sr.<br><br>Magistrate Judge Daniel G. Martin |

## DEFENDANTS' MOTION
## TO COMPEL ARBITRATION AND STAY LITIGATION

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-16, defendants Shutterfly, Inc. and ThisLife.com, Inc. (collectively, "Shutterfly") move for an Order (i) compelling plaintiff Brian Norberg to arbitrate his claims on an individual basis; and (ii) staying this action pending the outcome of any arbitration.

As set forth in Shutterfly's accompanying memorandum of law, the declarations of Erik Weitzman and Daniel Jones, along with all exhibits thereto, the unidentified "user" who allegedly uploaded the photographs of plaintiff Norberg (*see* Compl. (Dkt. 6) ¶¶ 26-31) giving rise to his claims under the Illinois Biometric Information Privacy Act ("BIPA") is none other than his then-fiancée and now-wife, Megan Blatt, a registered user of Shutterfly's and ThisLife's services who is bound by an arbitration clause requiring her to arbitrate any disputes arising out of or related to her use of the services on an individual basis. Further, Shutterfly's investigation into the facts giving rise to this case has uncovered a strong inference of "interdependent and concerted misconduct" conduct between plaintiff Norberg and Ms. Blatt, which bars Mr. Norberg from avoiding Shutterfly's arbitration agreement under well-established principles of

equitable estoppel. *Hoffman v. Deloitte & Touche, LLP*, 143 F. Supp. 2d 995, 1004-05 (N.D. Ill. 2001); *see also Arthur Andersen LLP v. Carlisle*, 556 U.S. 624, 631 (2009); *Dr. Robert L. Meinders, D.C., Ltd. v. UnitedHealthcare, Inc.*, 800 F.3d 853, 857 (7th Cir. 2015).

In addition, Section 3 of the FAA requires that this action be stayed pending the outcome of plaintiff's arbitration proceedings. *See* 9 U.S.C. § 3; *Gilmer v. Interstate/Johnson Lane Corp.*, 500 U.S. 20, 25 (1991).

**WHEREFORE**, Defendants Shutterfly, Inc. and ThisLife.com, Inc. respectfully move the Court to compel arbitration of plaintiff's claims on an individual basis and stay this action pending the outcome of such arbitration.

| | |
|---|---|
| Date: March 10, 2016 | By: /s/ *Lauren R. Goldman* |
| Matthew Provance<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606-4637<br>Telephone: (312) 782-0600<br>mprovance@mayerbrown.com | Lauren R. Goldman<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 506-2647<br>lrgoldman@mayerbrown.com |
| | Archis A. Parasharami<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, D.C. 20006-1101<br>Telephone: (202) 263-3328<br>aparasharami@mayerbrown.com |

*Counsel for Defendants Shutterfly, Inc. and ThisLife.com, Inc.*