# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN NORBERG, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>SHUTTERFLY, INC. and THISLIFE.COM, INC.,<br><br>        Defendants. | Civil Action No. 1:15-cv-05351<br><br>Hon. Charles R. Norgle, Sr.<br><br>Magistrate Judge Susan E. Cox |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED** by Plaintiff Brian Norberg and Defendants Shutterfly, Inc. and ThisLife.com, Inc. (collectively, "Shutterfly") that this entire action shall be dismissed *with prejudice*, with each party to bear its own costs, expenses, and fees, and with the Court retaining jurisdiction to enforce the terms and conditions of the Parties' Confidential Settlement Agreement.

Dated: April 12, 2016

Respectfully submitted,

By: */s/ Lauren R. Goldman*
    Lauren R. Goldman
    MAYER BROWN LLP
    1221 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 506-2647
    lrgoldman@mayerbrown.com

    Archis A. Parasharami
    MAYER BROWN LLP
    1999 K Street, N.W.
    Washington, D.C. 20006-1101
    Telephone: (202) 263-3328
    aparasharami@mayerbrown.com

Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
mprovance@mayerbrown.com

*Counsel for Defendants Shutterfly, Inc. and ThisLife.com, Inc.*

Dated:  April 12, 2016                                Respectfully submitted,

By:  */s/ Katrina Carroll*
Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
Lite DePalma Greenberg, LLC
Chicago Office
211 West Wacker Drive Suite 500
Chicago, IL 60606
Telephone: (312) 750-1265

CAREY RODRIGUEZ MILIAN GONYA, LLP

David P. Milian (pro hac vice)
dmilian@careyrodriguez.com
Frank S. Hedin (pro hac vice)
fhedin@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

*Counsel for Plaintiff Brian Norberg; Interim Co-Lead Class Counsel*

2